**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Chapter 13 No.    14-02782

Amjad Saleh Wazwaz

Judge    Donald R. Cassling

Debtor

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 28, 2019, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Mark Johnson

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on February 28, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Mark Johnson
Mark Johnson ARDC# 6284911

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2589

**SERVICE LIST**

Amjad Saleh Wazwaz
6159 S Marshall Ave W
Chicago Ridge, IL 60415

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Steven S Camp
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603